**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**STANLEY K. BURKE,
ADC #151700**                                                                                                **PLAINTIFF**

**V.**                        **CASE NO. 5:16-CV-00251 SWW/BD**

**P. LUCAS, et al.**                                                                                    **DEFENDANTS**

## ORDER

The Court has received a Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After careful review of the Recommendation, Mr. Burke's timely objections, as well as a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Burke's failure-to-supervise and failure-to-train claims against Defendant Kelley are DISMISSED, without prejudice.

IT IS SO ORDERED, this 13th day of January, 2017.

                                                                                           /s/Susan Webber Wright
                                                                    UNITED STATES DISTRICT JUDGE