**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**STANLEY K. BURKE,
ADC #151700**                                                                      **PLAINTIFF**

**V.**                        **CASE NO. 5:16-CV-00251 SWW/BD**

**PATRICK LUCAS, et al.**                                        **DEFENDANTS**

**RECOMMENDED DISPOSITION**

**I.**      **Procedures for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge Susan Webber Wright. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection. Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation.

If no objections are filed, Judge Wright can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.**      **Discussion:**

Plaintiff Stanley Burke filed this lawsuit without the help of a lawyer. (Docket entry #1) The Court requires Plaintiffs who are not represented by counsel to keep the Court informed as to their current address. Local Rule 5.5.

On January 25, 2017, Mr. Burke was given thirty days to notify the Court of his new address, after his mail was returned to Court as undeliverable. (#34) The Court

specifically cautioned Mr. Burke that his claims could be dismissed if he failed to comply with the Order. (#34) To date, Mr. Burke has failed to comply with the Court's Order and the time for doing so has passed.

### III.  Conclusion:

The Court recommends that Mr. Burke's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's January 25, 2017 Order.

DATED this 27th day of February, 2017.

_____
UNITED STATES MAGISTRATE JUDGE