**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STANLEY K. BURKE,
ADC #151700                                                                                                 PLAINTIFF

V.                                      CASE NO. 5:16-CV-00251 SWW/BD

PATRICK LUCAS, et al.                                                                              DEFENDANTS

**ORDER**

The Court has received a Recommended Disposition issued by Magistrate Judge Beth Deere. No objections have been filed. After careful review, the Court the Court finds that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

IT IS THEREFORE ORDERED that this action is DISMISSED WITHOUT PREJUDICE, based on Plaintiff's failure to comply with the Court's order entered January 25, 2017 or to otherwise prosecute this case. The Court certifies that an *in forma pauperis* appeal taken from this order and the accompanying judgment dismissing this action would be frivolous and not in good faith.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE