**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

STANLEY K. BURKE,
ADC #151700                                                                                            PLAINTIFF

V.                                    CASE NO. 5:16-CV-00251 SWW/BD

PATRICK LUCAS, et al.                                                                            DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED WITHOUT PREJUDICE. This Court further certifies that an *in forma pauperis* appeal from this judgment would be frivolous and not in good faith.

IT IS SO ORDERED THIS 28TH DAY OF MARCH, 2017.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE